**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00878-WJM-BNB

JAMES A. RILEY,

      Plaintiff,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

**ANSWER**

---

COMES NOW Defendant United States of America and answers Plaintiff's Complaint as follows:

**JURISDICTION AND VENUE**

1.      Paragraph 1 alleges conclusions of law, to which no response is required.  To the extent the allegations are deemed factual in nature, Defendant admits only that Plaintiff has filed suit under the Federal Tort Claims Act ("FTCA") but denies he is entitled to any relief.

2.      Admits.

3.      Admits.

4.      Paragraph 4 alleges conclusions of law, to which no response is required.  To the extent the allegations are deemed factual in nature, Defendant admits only that the United States Postal Service ("USPS") received an administrative claim from Plaintiff on August 1, 2013 and that Plaintiff's claim was denied by letter of January 30, 2014.

5.    Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 5 of Plaintiff's Complaint and therefore denies them.

6.    Defendant admits only that the USPS operates a post office located at 7500 East 53rd Place in Denver, Colorado.

7.    Paragraph 7 alleges conclusions of law, to which no response is required.  To the extent the allegations are deemed factual in nature by the court, Defendant admits only that Plaintiff has filed suit under the FTCA but denies he is entitled to any relief.

8.    Paragraph 8 alleges conclusions of law, to which no response is required.  To the extent the allegations are deemed factual in nature by the court, Defendant admits only that the occurrence alleged in Plaintiff's complaint took place in this judicial district but denies any negligence.

9.    Defendant incorporates by reference its answers to Paragraphs 1-8 of Plaintiff's Complaint as if fully set forth herein.

10.    Defendant admits only that at all times relevant to Plaintiff's Complaint, Candace Simmons was a USPS employee who was acting in the scope and course of her employment with the USPS. Defendant further admits that Simmons operated a vehicle which came into contact with a vehicle being driven by Plaintiff.

11.    Denies.

12.    Denies.

13.    Denies.

14.     Denies.

15.     Denies.

16.     Denies.

17.     Admits.

18.     Admits.

19.     Admits.

20.     Defendant incorporates by reference its answers to Paragraphs 1-19 of Plaintiff's Complaint as if fully set forth herein.

21.     Defendant admits only that at all times relevant to Plaintiff's complaint, Candace Simmons, was a USPS employee who was acting in the scope and course of her employment with the USPS.

22.     Denies.

23.     Denies.

24.     Denies.

25.     Denies.

26.     Denies.

27.     Denies.

28.     Denies.

29.     Denies.

30.     Defendant incorporates by reference its answers to Paragraphs 1-29 of Plaintiff's Complaint as if fully set forth herein.

31.     Defendant admits only that at all times relevant to Plaintiff's complaint, Candace Simmons, was a USPS employee who was acting in the

scope and course of her employment with the USPS. Defendant denies any allegations not specifically admitted.

32.     Paragraph 32 alleges conclusions of law, to which no response is required.  To the extent the allegations are deemed factual in nature by the court, Defendant admits only that any duties it may have owed Plaintiff are defined by applicable state law.

33.     Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 33 and therefore denies them.

34.     Denies.

35.     Denies.

36.     Denies.

37.     Denies.

38.     Denies.

39.     Denies.

40.     Defendant incorporates by reference its answers to Paragraphs 1-39 of Plaintiff's Complaint as if fully set forth herein.

41.     Admits.

42.     Admits.

43.     Denies.

44.     Denies.

45.     Denies.

46.     Denies.

**DEFENSES**

1.      Plaintiff's recovery is barred or limited due to Plaintiff's comparative fault.

2.      Plaintiff's recovery is limited to the damages recoverable under the Federal Tort Claims Act.

3.      Pursuant to 28 U.S.C. §  2675(b), Plaintiff is prohibited from claiming or recovering an amount against the Defendant in excess of that set forth in her administrative claim presented to the United States Postal Service.

4.      Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a trial by jury.

5.      Pursuant to 28 U.S.C. § 2674, Plaintiff is not entitled to pre-judgment interest.

6.      Plaintiff is not entitled to costs or attorney's fees.

7.      Plaintiff failed to mitigate his damages.

8.      The United States hereby reserves the right to plead all other affirmative defenses which through discovery may become applicable.

**WHEREFORE**, having fully answered the Complaint, Defendant prays that Plaintiff take nothing by way of his Complaint, that the Complaint be dismissed, and that judgment be awarded in favor of Defendant, together with costs and such other and further relief as the Court deems appropriate in this case.

Dated June 16, 2014.                    Respectfully submitted,

                                        JOHN W. WALSH
                                        United States Attorney

*s/Zeyen Wu*_____
Zeyen Wu
Special Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404
zeyen.wu@usdoj.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on June 16, 2014, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

brian.downing@coloradolaw.net,

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand- delivery, etc.) indicated by the nonparticipant's name:

None.

_s/ Zeyen J. Wu_____
United States Attorney's Office