IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00878-WJM-BNB

JAMES A. RILEY,

Plaintiff,

v.

USA,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate January 6, 2015 Hearing** [docket no. 25, filed December 23, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the hearing set on **Motion to Withdraw Brian T. Downing, Esq. and Bachus & Schanker, LLC as Attorneys of Record** [21] for January 6, 2015, is vacated and reset to **January 8, 2015, at 4:00 p.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  Again, **Plaintiff James Riley must appear IN PERSON for this hearing**.

IT IS FURTHER ORDERED that plaintiff's counsel is to forward a copy of this Order to plaintiff and is to file a certificate of service with the Court.

DATED:  December 23, 2014