**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-00878-WJM-NYW

JAMES A. RILEY,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.
_____

**FINAL JUDGMENT**
_____

    PURSUANT TO and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting April 8, 2015 Recommendation of Magistrate Judge Granting Defendant's Motion to Dismiss (ECF No. 50), entered by the Honorable William J. Martínez, United States District Judge, on May 15, 2015, it is

    ORDERED that the Magistrate Judge's Recommendation (ECF No. 43) is ADOPTED in its entirety.  It is

    FURTHER ORDERED that the Defendant's Motion to Dismiss (ECF No. 36) is GRANTED.  It is

    FURTHER ORDERED that Plaintiff's Complaint and this action (ECF No. 1) are hereby DISMISSED for failure to prosecute.

    Dated at Denver, Colorado this 19th  day of May 2015.

BY THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/Deborah Hansen
Deborah Hansen, Deputy Clerk